UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV22-05867-SB (AS) | Date | September 26, 2022 |
|---|---|---|---|
| Title | Ebony R. Batton v. Kilolo Kijakazi, Acting Commissioner of Social Security | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge | |
|---|---|---|
| Alma Felix | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | | Attorneys Present for Respondent: |
| N/A | | N/A |

**Proceedings:**     **(IN CHAMBERS)** ORDER TO SHOW CAUSE

On August 18, 2022, Plaintiff Ebony R. Batton, filed a Complaint seeking judicial review of a decision of the Commissioner of Social Security, pursuant to 42 U.S.C. § 405(g) (Docket Entry No. 1). On August 24, 2022, the Court issued an Order Re: Procedures in Social Security Appeal ("CMO") (Docket Entry No. 9) and ordered that plaintiff file an appropriate Proof of Service within 30 days from the date of the Order. As of today, however, Plaintiff has failed to file her proof of service or a request for an extension of time in which to do so.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE no later than **October 3, 2022** why this action should not be dismissed with prejudice for failure to prosecute. Plaintiff may discharge this Order by filing a proof of service. All other deadlines of the CMO remain in effect.

|   |   | 0 | : | 00 |
|---|---|---|---|---|
|   | Initials of Preparer | | AF | |