LAW OFFICES OF BILL LATOUR
MARK VER PLANCK [CSBN: 310413]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 954-2380
    Facsimile: (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EBONY BATTON, | No: 2:22-cv-05867-AS |
| Plaintiff, | [~~PROPOSED~~] ORDER AWARDING EAJA FEES |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA attorney fees are awarded in the amount of SEVEN THOUSAND DOLLARS AND 00/100 ($7,000.00) and zero costs ($0.00), subject to the terms of the stipulation.

DATE: 08/21/2023        / s / Sagar
                                    HON. ALKA SAGAR
                                    UNITED STATES MAGISTRATE JUDGE